UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE,<br><br>        Plaintiff,<br><br>   v.<br><br>THE U.S. GOVERNMENT, et al.,<br><br>        Defendants. | Case No. CV 16-8010-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DEEMING PLAINTIFF A VEXATIOUS LITIGANT |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED:

(1) Plaintiff Seavon Pierce is deemed a vexatious litigant.

(2) The Clerk of the Court shall not file any of the following documents from Pierce: (a) civil complaint; (b) habeas petition; (c) IFP application; or (4) document in a case that is

closed and final unless Pierce has submitted a motion for leave to file the document and a Judge of this Court has granted the leave requested.

(3) Pierce must submit a copy of this vexatious litigant order and a copy of the proposed filing with any motion seeking leave of court to file a civil complaint, habeas petition, IFP application, or document in a case that is closed and final.

DATED:  January 9, 2017

*/s/ Virginia A. Phillips*

VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE

2